*1469-14*

# ELECTRONIC RECORD

COA # 11-12-00270-CR          OFFENSE: 22.01

STYLE: **Martin Quiroz v.
The State of Texas**          COUNTY: Midland

COA DISPOSITION:   MODIFIED
& AFFIRMED          TRIAL COURT: 385th District Court

DATE: 09/30/14          Publish: NO  TC CASE #: CR38816

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Martin Quiroz v.
The State of Texas**          CCA #: **PD-1469-14**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_REFUSED_          JUDGE: _____

DATE: _02/04/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**